AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| State of New York et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-11116-WGY |
| U.S. Department of Education et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

plaintiff State of Colorado.

Date:    05/02/2025

/s/ David Moskowitz
*Attorney's signature*

David Moskowitz, CO Reg. No. 61336
*Printed name and bar number*
Ralph L. Carr Judicial Center
1300 Broadway
10th Floor
Denver, CO 80203
*Address*

david.moskowitz@coag.gov
*E-mail address*

(720) 508-6000
*Telephone number*

(720) 508-6030
*FAX number*