**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**BOSTON DIVISION**

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, et al.,<br><br>Defendants. | No. 1:25-cv-11116-WGY |

**STIPULATION TO ALLOW EXTRA-RECORD EVIDENCE**

All plaintiffs and all defendants (the "Parties") stipulate to the Court's consideration, subject to Defendants' specific objections, of the extra-record evidence identified below which Plaintiffs plan to submit in connection with the merits briefing in this case. This stipulation is based on the following:

1) As stated in the Parties' November 24, 2025, Rule 16 Joint Statement (ECF # 83 (the Joint Statement)), at §III, ¶5: "Plaintiffs intend to rely on a limited amount of extra-record evidence in this case. That evidence will include, but is not limited to, publicly available documents."

2) Accordingly, out of an abundance of caution, to avoid unnecessary motions practice, and conserve court resources, in the Joint Statement the Parties stipulated that they would "meet and confer in good faith and attempt to enter a stipulation as to the authenticity of the documents and that the Court may consider this extra-record evidence, although Defendants will preserve any relevance objections. Any such stipulation shall be finalized no later than thirty days before the parties' opening merits briefs." Joint Statement, at §III, ¶5:

3) The Parties now stipulate, subject to the Court's approval, that Plaintiffs may submit and the Court may consider (subject to any specific relevance or authenticity objection raised by Defendants) extra-record evidence in ruling on the merits of plaintiffs' claims.

4) Specifically, Plaintiffs may submit as evidence the documents that Plaintiffs refer to or cite in their Complaint (ECF #1) (hereafter the Extra-Record Evidence) and that such evidence is: (a) subject to judicial notice under Federal Rule of Evidence, Rule 201, and (b) is authentic under Federal Rule of Evidence, Rule 902, unless Defendants assert an authenticity objection.

5) Nothing in this Stipulation limits Plaintiffs' ability to submit evidence to support standing and to satisfy the traditional four-factor test governing permanent injunctive relief by showing: "(1) that [they have] suffered an irreparable injury; (2) that remedies available at law, such as monetary damages, are inadequate to compensate for that injury; (3) that considering the balance of hardships between the plaintiff and defendant, a remedy in equity is warranted; and (4) that the public interest would not be disserved by a permanent injunction." *eBay Inc. v. MercExchange, L.L.C.*, 547 U.S. 388, 391 (2006) (cleaned up).

6) Nothing in this Stipulation limits Defendants' ability to argue that any extra-record evidence submitted by Plaintiffs is irrelevant to the claims and defenses at issue in this litigation or that a specific document that is submitted is not its authentic version.

7) Plaintiffs reserve their right to submit extra-record evidence not referenced in Paragraph 4, and Defendants may assert any objections to the Court's consideration of such material, not limited to relevance and authenticity.

THEREFORE, the Parties stipulate to, and respectfully request that, the Court order that Plaintiffs may submit the Extra-Record Evidence and it is admissible, subject to the Court's

resolution of any authenticity or relevance objections (or, for non-listed material, any objection) by Defendants.

Dated: January 5, 2026

Respectfully Submitted,

LETITIA JAMES
Attorney General
State of New York

By: */s/ Monica Hanna*
Monica Hanna*
Rabia Muqaddam*
*Special Counsels*
Sandra Pullman*
*Senior Counsel*
Sandra Park*
*Civil Rights Bureau Chief*
Alex Finkelstein*
Wil Handley*
Kathryn Meyer*
*Assistant Attorneys General*
28 Liberty Street
New York, New York 10005
(212) 416-8227
monica.hanna@ag.ny.gov

KWAME RAOUL
Attorney General
State of Illinois

By: */s/ Karyn L. Bass Ehler*
Karyn L. Bass Ehler*
Deputy Chief Assistant Attorney General
Darren Kinkead*
Public Interest Counsel
Elizabeth H. Jordan*
Assistant Attorney General
Office of the Illinois Attorney General
115 S. Lasalle Street
Chicago, IL 60603
312-814-3000
Karyn.bassehler@ilag.gov
Darren.kinkead@ilag.gov
Elizabeth.jordan@ilag.gov

ANDREA JOY CAMPBELL
Attorney General
Commonwealth of Massachusetts

By: */s/ Adelaide Pagano*
Adelaide Pagano (BBO #690518)
*Assistant Attorney General*
Yael Shavit (BBO #695333)
*Chief, Consumer Protection Division*
One Ashburton Pl.
Boston, MA 02108
(617) 963-2122
adelaide.pagano@mass.gov
yael.shavit@mass.gov

ROB BONTA
Attorney General
State of California

By: */s/ James Richardson*
James Richardson*
*Deputy Attorney General*
Laura L. Faer*
William H. Downer*
*Supervising Deputy Attorneys General*
Andrew Edelstein*
Annabelle Wilmott*
*Deputy Attorneys General*
Michael L. Newman*
*Senior Assistant Attorney General*

300 South Spring Street
Los Angeles, CA 90013
(213) 269-6698
Laura.Faer@doj.ca.gov
William.Downer@doj.ca.gov
James.Richardson@doj.ca.gov
Andrew.Edelstein@doj.ca.gov
Annabelle.Wilmott@doj.ca.gov
Michael.Newman@doj.ca.gov

KEITH ELLISON
Attorney General for the State of Minnesota

By: */s/ Liz Kramer*
Liz Kramer*
Solicitor General
445 Minnesota Street, Suite 1400
St. Paul, Minnesota, 55101
(651) 757-1010
Liz.Kramer@ag.state.mn.us

PHILIP J. WEISER
Attorney General of Colorado

By: */s/ David Moskowitz*
David Moskowitz*
Deputy Solicitor General
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
David.Moskowitz@coag.gov

WILLIAM TONG
Attorney General of Connecticut

By: */s/ Darren Cunningham*
Darren Cunningham*
Assistant Attorney General
165 Capitol Ave
Hartford, CT 06106
(860) 808-5210
Darren.cunningham@ct.gov

KATHLEEN JENNINGS
Attorney General of the State of Delaware

By: */s/ Ian R. Liston*
IAN R. LISTON*
Director of Impact Litigation
VANESSA L. KASSAB*
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
Ian.Liston@delaware.gov

ANNE E. LOPEZ
Attorney General for the State of Hawaiʻi

By: */s/ Kalikoʻonālani D. Fernandes*
David D. Day*
Special Assistant to the Attorney General
Kalikoʻonālani D. Fernandes*
Solicitor General 425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov

ANTHONY G. BROWN
Attorney General for the State of Maryland

By: */s/ James C. Luh*
James C. Luh*
Senior Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6411
jluh@oag.state.md.us

kaliko.d.fernandes@hawaii.gov

DANA NESSEL
Attorney General of Michigan

By: */s/ Neil Giovanatti*
Neil Giovanatti*
BreAnna Listermann*
*Assistant Attorneys General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
ListermannB@michigan.gov

MATTHEW J. PLATKIN
Attorney General of New Jersey

*/s/ Farng-Yi D. Foo*
Farng-Yi D. Foo*
Jennifer Lerman*
*Deputy Attorneys General*
Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5279
Farng-Yi.Foo@law.njoag.gov

DAN RAYFIELD
Attorney General of Oregon

By: /s *Christina L. Beatty-Walters*
Christina L. Beatty-Walters*
Senior Assistant Attorney General
100 SW Market Street
Portland, OR 97201
(971) 673-1880
Tina.BeattyWalters@doj.oregon.gov

PETER F. NERONHA
Attorney General for the State of Rhode Island

By: */s/ Jordan G. Mickman*
Jordan G. Mickman (RI Bar No. 9761)*
Chief, Civil and Community Rights Unit
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2079
jmickman@riag.ri.gov

CHARITY R. CLARK
Attorney General of Vermont

By: /s/ Jonathan T. Rose
Jonathan T. Rose*
Solicitor General
109 State Street
Montpelier, VT 05609
(802) 828-3171
Jonathan.rose@vermont.gov

NICHOLAS W. BROWN
Attorney General of Washington

*/s/ Lucy Wolf*
LUCY WOLF, WSBA #59028*
SPENCER W. COATES, WSBA #49683*
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(360) 709-6470
Lucy.Wolf@atg.wa.gov
Spencer.Coates@atg.wa.gov

JOSHUA L. KAUL
Attorney General of Wisconsin

s/Rachel L. Bachhuber

RACHEL L. BACHHUBER*
Assistant Attorney General
WI State Bar #1052533
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0188
bachhuberrl@doj.state.wi.us

**admitted pro hac vice*

*Counsel for Plaintiff States*

Respectfully Submitted,

STANLEY WOODWARD JR.
Associate Attorney General

Abhishek Kambli
Deputy Associate Attorney General

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DIANE KELLEHER
Director
Civil Division, Federal Programs Branch

/s/ *Eitan R. Sirkovich*
EITAN R. SIRKOVICH
(D.C. Bar No. 90030102)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 353-5525
E-mail: eitan.r.sirkovich@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: January 5, 2026

*/s/ Adelaide Pagano*_________
Adelaide Pagano (MA BBO# 690518)
Assistant Attorney General