UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF EDUCATION, *et al.*, <br><br> *Defendants*. | No. 1:25-cv-11116-WGY |

**JOINT MOTION TO DISMISS THE COMPLAINT WITHOUT PREJUDICE SUBJECT TO THE TERMS OF THE PARTIES' STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Defendants U.S. Department of Education ("ED"); Linda McMahon, in her official capacity as Secretary of Education; and Craig Trainor, in his official capacity as former acting Assistant Secretary of the Office for Civil Rights ("OCR") ("Defendants"); and Plaintiffs State of New York, State of Illinois; Commonwealth of Massachusetts; State of California; State of Minnesota; State of Colorado; State of Connecticut; State of Delaware; State of Hawai'i; State of Maryland; the People of the State of Michigan; State of Nevada; State of New Jersey; State of New Mexico; State of Oregon; State of Rhode Island; State of Vermont; and State of Washington ("Plaintiffs") (collectively, the "Parties")[1] move the Court to dismiss Plaintiffs' Complaint without prejudice subject to the terms of the below

---

[1] As shared with Defendants, Plaintiff State of Wisconsin is not a party to this stipulation and dismissal, as its state laws require approval from a state legislative committee before it can join the stipulation and dismiss its claims. *See* Wis. Stat. s. 165.08(1). Plaintiff State of Wisconsin will seek that approval forthwith.

stipulation.

WHEREAS, Plaintiffs filed the Complaint in this action on April 25, 2025 (ECF No. 1);

WHEREAS, Plaintiffs' Complaint alleges, *inter alia*, that Defendants' agency action in the form of a certification demand on April 3, 2025 ("April 3 Agency Action") is contrary to law, arbitrary and capricious, in excess of statutory authority, without procedure required by law, and unconstitutional;

WHEREAS, on August 14, 2025, the U.S. District Court for the District of Maryland vacated the April 3 Agency Action in *American Federation of Teachers, et al. v. United States Department of Education, et al.,* No. 1:25-cv-00628, which decision has now become final with the January 21, 2026 filing of the joint stipulation to dismiss the appeal to the Fourth Circuit in Case No. 25-2228, and the court's subsequent dismissal of the appeal, Order, *American Federation of Teachers, et al. v. United States Department of Education, et al.*, No. 25-2228 (4th Cir. Jan. 22, 2026);

THEREFORE, the Parties do HEREBY STIPULATE AND AGREE as follows:

1. The April 3 Agency Action has been vacated and set aside by the final judgment entered in *American Federation of Teachers, et al. v. United States Department of Education, et al.,* No. 1:25-cv-00628 ("*AFT*"), and the vacatur and terms of the judgment in *AFT* apply to Plaintiff States, their agencies, their subdivisions, local education agencies, charter schools, and their instrumentalities;

2. The April 3 Agency Action creates no obligation, responsibility, or condition on any Plaintiff States (including their agencies, subdivisions, local education agencies, charter schools, and instrumentalities) in any manner;

3. As such, the Complaint shall be dismissed without prejudice; and,

4. All parties will bear their own fees and costs.

Accordingly, the Parties respectfully request that the Court dismiss the Complaint without prejudice subject to the terms of the above stipulation.


Dated:     February 6, 2026              Respectfully submitted,

STANLEY WOODWARD JR.
Associate Attorney General

ABHISHEK KAMBLI
Deputy Associate Attorney General

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DIANE KELLEHER
Director
Civil Division, Federal Programs Branch

/s/ *Eitan R. Sirkovich*
EITAN R. SIRKOVICH
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 353-5525
E-mail: eitan.r.sirkovich@usdoj.gov

*Counsel for Defendants*

<div style="column-count:2">

LETITIA JAMES
Attorney General
State of New York

By: */s/ Monica Hanna*
Monica Hanna*
Rabia Muqaddam*
*Special Counsels*
Sandra Pullman*
*Senior Counsel*
Sandra Park*
*Civil Rights Bureau Chief*
Alex Finkelstein*
Wil Handley*
Kathryn Meyer*
*Assistant Attorneys General*
28 Liberty Street
New York, New York 10005
(212) 416-8227
monica.hanna@ag.ny.gov

ANDREA JOY CAMPBELL
Attorney General
Commonwealth of Massachusetts

By: */s/ Adelaide Pagano*
Adelaide Pagano (BBO #690518)
*Assistant Attorney General*
Yael Shavit (BBO #695333)
*Chief, Consumer Protection Division*
One Ashburton Pl.
Boston, MA 02108
(617) 963-2122
adelaide.pagano@mass.gov
yael.shavit@mass.gov

KWAME RAOUL
Attorney General
State of Illinois

By: */s/ Karyn L. Bass Ehler*
Karyn L. Bass Ehler*
Deputy Chief Assistant Attorney General
Darren Kinkead*
Public Interest Counsel
Elizabeth H. Jordan*
Assistant Attorney General
Office of the Illinois Attorney General
115 S. Lasalle Street
Chicago, IL 60603
312-814-3000
Karyn.bassehler@ilag.gov
Darren.kinkead@ilag.gov
Elizabeth.jordan@ilag.gov

ROB BONTA
Attorney General
State of California

By: */s/ James Richardson*
James Richardson*
*Deputy Attorney General*
Laura L. Faer*
William H. Downer*
*Supervising Deputy Attorneys General*
Andrew Edelstein*
Annabelle Wilmott*
*Deputy Attorneys General*
Michael L. Newman*
*Senior Assistant Attorney General*
300 South Spring Street
Los Angeles, CA  90013
(213) 269-6698
Laura.Faer@doj.ca.gov
William.Downer@doj.ca.gov
James.Richardson@doj.ca.gov
Andrew.Edelstein@doj.ca.gov
Annabelle.Wilmott@doj.ca.gov
Michael.Newman@doj.ca.gov

</div>

| | |
|---|---|
| KEITH ELLISON<br>Attorney General for the State of<br>Minnesota<br><br>By: */s/ Liz Kramer*<br>Liz Kramer\*<br>Solicitor General<br>445 Minnesota Street, Suite 1400<br>St. Paul, Minnesota, 55101<br>(651) 757-1010<br>Liz.Kramer@ag.state.mn.us | PHILIP J. WEISER<br>Attorney General<br>State of Colorado<br><br>By: */s/ David Moskowitz*<br>David Moskowitz\*<br>Deputy Solicitor General<br>1300 Broadway, #10<br>Denver, CO 80203<br>(720) 508-6000<br>David.Moskowitz@coag.gov |
| WILLIAM TONG<br>Attorney General of Connecticut<br><br>By: */s/ Darren Cunningham*<br>Darren Cunningham\*<br>Assistant Attorney General<br>165 Capitol Ave<br>Hartford, CT 06106<br>(860) 808-5210<br>Darren.cunningham@ct.gov | KATHLEEN JENNINGS<br>Attorney General of the State of Delaware<br><br>By: */s/ Ian R. Liston*<br>IAN R. LISTON\*<br>Director of Impact Litigation<br>VANESSA L. KASSAB\*<br>Deputy Attorney General<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>(302) 683-8899<br>Ian.Liston@delaware.gov |
| ANNE E. LOPEZ<br>Attorney General for the State of<br>Hawaiʻi<br><br>By: */s/ Kalikoʻonālani D. Fernandes*<br>David D. Day\*<br>Special Assistant to the Attorney<br>General<br>Kalikoʻonālani D. Fernandes\*<br>Solicitor General 425 Queen Street<br>Honolulu, HI 96813<br>(808) 586-1360<br>david.d.day@hawaii.gov<br>kaliko.d.fernandes@hawaii.gov | ANTHONY G. BROWN<br>Attorney General<br>State of Maryland<br><br>By: */s/ James C. Luh*<br>James C. Luh\*<br>Senior Assistant Attorney General<br>Office of the Attorney General<br>200 Saint Paul Place, 20th Floor<br>Baltimore, Maryland 21202<br>410-576-6411<br>jluh@oag.state.md.us |

| | |
|---|---|
| DANA NESSEL<br>Attorney General of Michigan<br><br>By: /s/ Neil Giovanatti<br>Neil Giovanatti*<br>BreAnna Listermann*<br>*Assistant Attorneys General*<br>Michigan Department of Attorney General<br>525 W. Ottawa<br>Lansing, MI 48909<br>(517) 335-7603<br>GiovanattiN@michigan.gov<br>ListermannB@michigan.gov | MATTHEW J. PLATKIN<br>Attorney General of New Jersey<br><br>/s/ Farng-Yi D. Foo<br>Farng-Yi D. Foo*<br>Jennifer Lerman*<br>    *Deputy Attorneys General*<br>Office of the Attorney General<br>124 Halsey Street, 5th Floor<br>Newark, NJ 07101<br>(609) 696-5279<br>Farng-Yi.Foo@law.njoag.gov |
| DAN RAYFIELD<br>Attorney General of Oregon<br><br>By: /s *Christina L. Beatty-Walters*<br>Christina L. Beatty-Walters*<br>Senior Assistant Attorney General<br>100 SW Market Street<br>Portland, OR 97201<br>(971) 673-1880<br>Tina.BeattyWalters@doj.oregon.gov | PETER F. NERONHA<br>Attorney General for the State of Rhode Island<br><br>By: /s/ Jordan G. Mickman<br>Jordan G. Mickman (RI Bar No. 9761)*<br>Chief, Civil and Community Rights Unit<br>Special Assistant Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>(401) 274-4400, Ext. 2079<br>jmickman@riag.ri.gov |
| CHARITY R. CLARK<br>Attorney General of Vermont<br><br>By: /s/ Jonathan T. Rose<br>Jonathan T. Rose*<br>Solicitor General<br>109 State Street<br>Montpelier, VT 05609<br>(802) 828-3171<br>Jonathan.rose@vermont.gov | NICHOLAS W. BROWN<br>Attorney General of Washington<br><br>/s/ Lucy Wolf<br>LUCY WOLF, WSBA #59028*<br>SPENCER W. COATES, WSBA #49683*<br>Assistant Attorneys General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104-3188<br>(360) 709-6470<br>Lucy.Wolf@atg.wa.gov<br>Spencer.Coates@atg.wa.gov |

*admitted pro hac vice

*Counsel for Plaintiff States*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.


Dated: February 6, 2026                    */s/ Adelaide Pagano*_____
                                           Adelaide Pagano (MA BBO# 690518)
                                           Assistant Attorney General